# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JIMMY SHANE CANTRELL,                                                                  PLAINTIFF
ADC #98730

v.                                    1:19-cv-00044-BSM-JJV

BAKER, Lieutenant, Grimes Unit,
Arkansas Department of Correction; *et al.*                                          DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to Chief United States District Judge Brian S. Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.   Why the record made before the Magistrate Judge is inadequate.

2.   Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Jimmy Shane Cantrell ("Plaintiff"), who is incarcerated at the Tucker Unit of the Arkansas Department of Correction ("ADC"), has filed this action *pro se* pursuant to 42 U.S.C. § 1983. (Doc. No. 2.) On June 20, 2019, I denied Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit because he is a three-striker, as defined by 28 U.S.C. § 1915(g), who is not in imminent danger of serious physical injury. (Doc. No. 9.) I ordered Plaintiff to submit the statutory filing fee of $400 within twenty-one (21) days and warned him I would recommend dismissal if he failed to timely do so. (*Id.*) The deadline has now passed, and Plaintiff has not paid the filing fee or otherwise responded to my Order.

Accordingly, Plaintiff's Complaint should be dismissed without prejudice. If Plaintiff wishes to proceed with this action, he must submit the full filing fee with his objections to this recommendation.

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 15th day of July 2019.

                                                JOE J. VOLPE
                                                UNITED STATES MAGISTRATE JUDGE