IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JIMMY SHANE CANTRELL                                                    PLAINTIFF
ADC #098730

v.                        CASE NO. 1:19-CV-00044 BSM

BAKER, Lieutenant, Grimes Unit,
Arkansas Department of Correction; et al.                              DEFENDANTS

## ORDER

After *de novo* review of the record, including Jimmy Cantrell's timely objections [Doc. No. 11], the proposed findings and recommendations [Doc. No. 10] submitted by United States Magistrate Judge Joe J. Volpe are adopted. Accordingly, this lawsuit is dismissed without prejudice. Cantrell's request to amend is denied because he was previously afforded an opportunity to amend his complaint. It is certified, pursuant to 28 U.S.C. section 1915(a)(3), that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 6th day of August 2019.

_____
UNITED STATES DISTRICT JUDGE